1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GEORGE S. LOUIE,

11          Plaintiff,                    No. CIV 2:11-cv-0884-MCE-JFM (PS)

12       vs.

13   PATEL, *et al.*,

14          Defendants.           <u>ORDER</u>

15   _____/

16          This matter commenced on April 4, 2011 with allegations that defendants

17   violated the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12101, et seq., and the

18   California Unruh Civil Rights Act.  An initial scheduling conference is currently set before the

19   undersigned on September 1, 2011.

20          On August 5, 2011, Chapter 7 Trustee Alan S. Fukushima filed a motion to refer

21   this case to the United States Bankruptcy Court in light of plaintiff's placement into involuntary

22   bankruptcy on February 28, 2011.  That motion is scheduled to be heard before the Honorable

23   Morrison C. England on September 29, 2011.

24   /////

25   /////

26   /////

1          Based thereon, IT IS HEREBY ORDERED that the September 1, 2011 initial

2  scheduling conference before the undersigned is vacated until further order of the court.

3  DATED: August 18, 2011.

4

5                                        UNITED STATES MAGISTRATE JUDGE

6

7  /014;louie0884.jo

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26