IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE S. LOUIE,

      Plaintiff,                    No. CIV 2:11-cv-0884-MCE-JFM (PS)

    vs.

PATEL, *et al.*,

      Defendants.              <u>ORDER</u>

                                  /

         This matter commenced on April 4, 2011 with allegations that defendants violated the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12101, et seq., and the California Unruh Civil Rights Act.  An initial scheduling conference is currently set before the undersigned on September 1, 2011.

         On August 5, 2011, Chapter 7 Trustee Alan S. Fukushima filed a motion to refer this case to the United States Bankruptcy Court in light of plaintiff's placement into involuntary bankruptcy on February 28, 2011.  That motion is scheduled to be heard before the Honorable Morrison C. England on September 29, 2011.

/////

/////

/////

1

1  Based thereon, IT IS HEREBY ORDERED that the September 1, 2011 initial
2  scheduling conference before the undersigned is vacated until further order of the court.
3  DATED: August 18, 2011.

UNITED STATES MAGISTRATE JUDGE

/014;louie0884.jo